UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

ADVANCED GLOBAL TECHNOLOGY, LLC,
                                              :

                Plaintiff,
                                              :  No. 07 cv 3654 (JSR)
        v.                                  ECF CASE
                                              :

XM SATELLITE RADIO, INC.,
                                              :

                Defendant.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Advanced Global Technology, LLC, states by and through its undersigned counsel that it has no parent companies and that no publicly traded corporation owns 10% or more of its stock.


New York, NY
May 8, 2007

                                          DEBEVOISE & PLIMPTON LLP

                                          /s/
                                        Molly S. Boast (MB-2350)
                                        Ann H. Mathews (AM-8653)
                                        919 Third Avenue
                                        New York, NY  10022
                                        (212) 909-6000
                                        *Attorneys for Plaintiff Advanced Global Technology LLC*

22455495