ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                               :

ADVANCED GLOBAL TECHNOLOGY, LLC,
                                                               :

                Plaintiff,                            No. 07 Civ. 3654 (JSR)
                                                               :

     v.
                                                                 :         **NOTICE OF APPEARANCE**

XM SATELLITE RADIO, INC.,                         **AND REQUEST FOR**
                                                                 :         **ELECTRONIC**
               Defendant.                         **NOTIFICATION**
                                                                 :

                                                                 :
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Molly S. Boast and Ann H. Mathews, of Debevoise & Plimpton LLP, hereby appear as counsel for plaintiff Advanced Global Technology, LLC in the above referenced action. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following addresses:

1

22464307

        Molly S. Boast  (MB-2350)
        Ann H. Mathews (AM-8653)
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, New York  10022
        Ph: (212) 909-6000
        Fax: (212) 909-6836
        Email: msboast@debevoise.com
        ahmathew@debevoise.com


Dated: New York, New York
       May 10, 2007

                DEBEVOISE & PLIMPTON LLP

          By:     /s/ Molly S. Boast

            Molly S. Boast  (MB-2350)
            Ann H. Mathews (AM-8653)
            919 Third Avenue
            New York, NY  10022
            (212) 909-6000
            Fax: (212) 909-6836
            *Attorneys for Plaintiff Advanced Global Technology LLC*


TO:    Joseph Titlebaum, Esq.
        General Counsel
        XM Satellite Radio Inc.
        1500 Eckington Place, NE
        Washington, D.C.  20002
        (202) 380-4000

22464307