## ATTORNEY'S CERTIFICATION OF SERVICE

I, Ann H. Mathews, am an attorney at law of the State of New York. I am associated with Debevoise & Plimpton LLP, attorneys for Plaintiff Advanced Global Technology, LLC.

On May 10, 2007, I caused copies of the within NOTICES OF APPEARANCE to be served by U.S. mail on the following:

> Joseph Titlebaum, Esq.
> General Counsel
> XM Satellite Radio Inc.
> 1500 Eckington Place, NE
> Washington, D.C.   20002

I certify under the penalty of perjury that the foregoing is true and correct.

Date:   New York, New York
        May 10, 2007

                                          _   /s/Ann H. Mathews_____

                                          Ann H. Mathews