ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                        :

ADVANCED GLOBAL TECHNOLOGY, LLC,
                                                        :

                Plaintiff,                                 No. 07 Civ. 3654 (JSR)
                                                        :

   v.
                                                        :      **NOTICE OF APPEARANCE**
XM SATELLITE RADIO, INC.,                             **AND REQUEST FOR**
                                                        :      **ELECTRONIC**
                Defendant.                         **NOTIFICATION**
                                                         :

                                                        :
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Molly S. Boast and Ann H. Mathews, of Debevoise & Plimpton LLP, hereby appear as counsel for plaintiff Advanced Global Technology, LLC in the above referenced action. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following addresses:

1

22464307

      Molly S. Boast  (MB-2350)
      Ann H. Mathews (AM-8653)
      Debevoise & Plimpton LLP
      919 Third Avenue
      New York, New York  10022
      Ph: (212) 909-6000
      Fax: (212) 909-6836
      Email: msboast@debevoise.com
      ahmathew@debevoise.com


Dated: New York, New York
       May 10, 2007

                      DEBEVOISE & PLIMPTON LLP

              By:     /s/ Ann H. Mathews
                    Molly S. Boast  (MB-2350)
                    Ann H. Mathews (AM-8653)
                    919 Third Avenue
                    New York, NY  10022
                    (212) 909-6000
                    Fax: (212) 909-6836
                    *Attorneys for Plaintiff Advanced Global Technology LLC*


TO:    Joseph Titlebaum, Esq.
         General Counsel
         XM Satellite Radio Inc.
         1500 Eckington Place, NE
         Washington, D.C.  20002
         (202) 380-4000

22464307