AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern _____ DISTRICT OF __New York__

Advanced Global Technology, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

XM Satellite Radio, Inc.

## 07 CV 3654

### JUDGE RAKOFF

TO: (Name and address of defendant)

XM Satellite Radio Inc.
1500 Eckington Place NE
Washington, DC 20002
(Serve)

Registered Agent
XM Satellite Radio Inc.
Corporation Service Company
80 State Street
Albany, NY 12207
(Mail)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Molly S. Boast
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                 MAY 0 8 2007
CLERK                                              DATE

(BY) DEPUTY CLERK

FROM :                           FAX NO. :17183880583           May. 09 2007 12:51PM P3

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>May 9, 2007 |
| NAME OF SERVER (PRINT)<br>Peter M. Vlahakis | TITLE<br>Project Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was completed by leaving a copy with James O. Smith, Vice President of XM Radio, on May 9, 2007 at 3:30 p.m. at 1500 Eckington Place, NE, Washington, DC 20002. Mr. Smith said he was authorized to accept service.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 9, 2007
              Date

Signature of Server

555 13th Street, N.W., Suite 1100E
Washington, DC  20004
Address of Server

\* With Disclosure Statement, Judge Rakoff's Rules
  and the SDNY Procedures For ECF, Guidelines For
  ECF and 3rd Amended Instructions For Filing.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.