AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern                                              DISTRICT OF   New York

Advanced Global Technology, LLC

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

XM Satellite Radio, Inc.

# 07 CV 3654

## JUDGE RAKOFF

TO: (Name and address of defendant)

XM Satellite Radio Inc.
1500 Eckington Place NE
Washington, DC 20002
(Serve)

Registered Agent
  XM Satellite Radio Inc.
Corporation Service Company
80 State Street
Albany, NY  12207
(Mail)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Molly S. Boast
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 0 8 2007
CLERK                                                 DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
ADVANCED GLOBAL TECHNOLOGY,
LLC,

       Plaintiff,

       v.

XM SATELLITE RADIO, INC.,

       Defendant.
------------------------------------------------------- x

07 Civ 3654 (JSR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          ss.:

COUNTY OF NEW YORK )

       William Lutz, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Brooklyn, New York.

       That on May 9, 2007, at 4:15 P.M. at the F. D. Roosevelt United States Post Office at 909 Third Avenue, New York, New York 10022, I served the within Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Judge's Individual Rules and Procedures, SDNY Procedures for Electronic Case Filing, and 3rd Amended Instructions for Filing an Electronic Case or Appeal upon Defendant XM Satellite Radio, Inc. by depositing copies in an envelope via certified mail, return receipt requested, addressed to XM Satellite Radio, Inc. c/o Corporation Service Company, 80 State Street, Albany, New York 12207.

       A copy of the return receipt is attached.

                                      _____
                                      William Lutz

                                      License No. 1248788

Sworn to before me this
21st day of May, 2007

_____
Notary Public

MARIA D. SPANGLER
Notary Public, State of New York
No. 01SP6145253
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 1, 2010

22466654v1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>XM Satellite Radio, Inc.<br>c/o Corporation Service Co.<br>80 State St.<br>Albany, N.Y. 12207 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>**FILED**<br>**MAY 1 1 2007**<br>**CSC**<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |