*Rakoff, S.*

Jeffrey A. Mishkin (JM 8380)
Anthony J. Dreyer (AD 3571)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000 (telephone)

Attorneys for Defendant
XM Satellite Radio Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ADVANCED GLOBAL TECHNOLOGY, LLC, :

               Plaintiff,        :

                              **ECF CASE**

       - v -                  :
                              No. 07 cv 3654 (JSR)

XM SATELLITE RADIO INC.,        :

              Defendant.      :
------------------------------------- x

## STIPULATED EXTENSION OF TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-07

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties below, that defendant XM Satellite Radio, Inc.'s time to file and serve an answer or otherwise move in response to the Complaint is extended to June 29, 2007.

Molly S. Boast (MB 2350)
Ann H. Mathews (AM 8653)
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Plaintiff
Advance Global Technology, LLC

By: /s/ Ann H Mathews

Jeffrey A. Mishkin (JM 8380)
Anthony J. Dreyer (AD 3571)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant
XM Satellite Radio, Inc.

By: /s/

SO ORDERED:

/s/ Jed S. Rakoff
The Honorable Jed S. Rakoff, U.S.D.J.
Dated: June 15, 2007