Jeffrey A. Mishkin (JM-8380)
Anthony J. Dreyer (AD-3571)
Peter S. Julian (PJ-3443)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ADVANCED GLOBAL TECHNOLOGY, :
LLC,
                                                                  :
                    Plaintiff,         :    No. 07 cv 3654 (JSR) (DCF)
                                            ECF CASE
         - against -                   :

XM SATELLITE RADIO INC.,               :

                    Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RULE 7.1 STATEMENT OF XM SATELLITE RADIO INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant XM Satellite Radio Inc. ("XM") hereby certifies as follows:

(1)    XM Satellite Radio Holdings Inc. ("XM Holdings") is the parent corporation of XM.

(2)    No other publicly held corporation owns 10% or more of XM's stock. The following publicly held corporations may own 10% or more of the stock of XM Holdings:

      a.    T. Rowe Price Associates, Inc. (Note that T. Rowe Prices Associates, Inc. is an Investment Adviser registered under the Investment Advisers Act of 1940 and does not serve as custodian of the assets of any of its clients; accordingly, in each instance only the client or the client's custodian or trustee bank has the right to receive dividends paid with respect to, and proceeds from the sale of, such securities).

      b.    XM Holdings has signed a merger agreement with Sirius Satellite Radio Inc. ("Sirius"). The proposed merger of XM Holdings and Sirius remains subject to regulatory approval.

Dated: June 29, 2007  
New York, New York

Respectfully submitted,

SKADDEN, ARPS, SLATE,  
MEAGHER & FLOM LLP

_____  
Jeffrey A. Mishkin (JM-8380)  
Anthony J. Dreyer (AD-3571)  
Peter S. Julian (PJ-3443)  
Four Times Square  
New York, New York  10036  
Telephone: (212) 735-3000  
*Attorneys for Defendant*  
   *XM Satellite Radio Inc.*