Jeffrey A. Mishkin (JM-8380)
Anthony J. Dreyer (AD-3571)
Peter S. Julian (PJ-3443)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADVANCED GLOBAL TECHNOLOGY,
LLC,                                             :

                          Plaintiff,             :       **NOTICE OF DEFENDANT'S
                                                         MOTION TO DISMISS**

          - against -                            :       No. 07 cv 3654 (JSR) (DCF)
                                                         ECF CASE

XM SATELLITE RADIO INC.,                         :

                          Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the complaint in this action, the accompany-

ing memorandum of law, and all prior proceedings had in this action, the undersigned counsel

for defendant XM Satellite Radio Inc. will move this Court, before the Honorable Jed S. Rakoff,

United States District Judge for the Southern District of New York, at the United States Court-

house, 500 Pearl Street, New York, New York, for an Order dismissing the complaint pursuant

to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Plaintiff Advanced Global Technol-

ogy LLC shall serve and file its opposition to the motion on or before July 13, 2007; defendant

shall file its reply brief, if any, on or before July 20, 2007; and oral argument shall be heard on

July 26, 2007 at 4:00 p.m.

1

2

Dated:  June 29, 2007

Respectfully submitted,


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Jeffrey A. Mishkin (JM-8380)
Anthony J. Dreyer (AD-3571)
Peter S. Julian (PJ-3443)
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant*
    *XM Satellite Radio Inc.*