FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
ADVANCED GLOBAL TECHNOLOGY, LLC,           :
                                            :
                        Plaintiff,          :
          v.                                :
                                            :  No. 07cv3654 (JSR) (DCF)
XM SATELLITE RADIO INC.,                    :  ECF CASE
                                            :
                        Defendant.          :
                                            ::
                                            :
------------------------------------------------------------------------ X

**CERTIFICATE OF SERVICE**

     I, Ann H. Mathews, one of the attorneys for Advanced Global Technology, LLC, herein certify that: I am over eighteen (18) years of age. On the 13th day of July, 2007, I caused a true and accurate copy of **Plaintiff Advanced Global Technology, LLC's Memorandum in Opposition to Defendant's Motion to Dismiss** to be electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this case who are ECF registrants. I additionally served copies of these documents by electronic mail to the following:

    Jeffrey A. Mishkin
    Anthony J. Dreyer
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036
    JMISHKIN@skadden.com
    ADREYER@skadden.com

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed on this 13th of July, 2007, in New York, New York.

                                                          _____/s/ Ann H. Mathews_____
                                                                Ann H. Mathews

22514929