**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADVANCED GLOBAL TECHNOLOGY, LLC,
                Plaintiff,

     -against-

XM SATELLITE RADIO, INC.,
                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07
```

07 CIVIL 3654 (JSR)

**JUDGMENT**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on October 29, 2007, having rendered its Memorandum Order directing the Clerk of the Court to enter final judgment dismissing the complaint in its entirety with prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated October 29, 2007, the complaint is dismissed in its entirety with prejudice.

**Dated:** New York, New York
        October 30, 2007

                                              **J. MICHAEL McMAHON**
                                                   **Clerk of Court**
                        **BY:**
                                                      **Deputy Clerk**

                                             **THIS DOCUMENT WAS ENTERED**
                                             **ON THE DOCKET ON** _____