```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ADVANCED GLOBAL TECHNOLOGY, LLC,       :
                                       :
              Plaintiff,               :
                                       :         07 Civ. 3654(JSR)
         -v-                           :
                                       :              ORDER
XM SATELLITE RADIO INC.,               :
                                       :
              Defendant.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Subsequent to the Court's Memorandum Order dismissing the complaint of October 29, 2007, counsel for plaintiff, in a joint telephone conference held on October 31, 2007, represented that plaintiff believed that there were disputes now ripe for adjudication and was prepared to file an Amended Complaint to set these forth. Accordingly, the Court granted plaintiff leave to file such an Amended Complaint, which counsel attempted to file on November 12, 2007. Unfortunately, the Court had neglected to notify the Clerk of the Court of this permission. Accordingly, the Court hereby vacates the dismissal of October 29, 2007 and directs the Clerk to accept the Amended Complaint for filing, nunc pro tunc, as of November 12, 2007.

    SO ORDERED.

                                                   JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
            November 19, 2007