Jeffrey A. Mishkin (JM-8380)
Anthony J. Dreyer (AD-3571)
Peter S. Julian (PJ-3443)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ADVANCED GLOBAL TECHNOLOGY, LLC, : | |
| Plaintiff, : | **NOTICE OF DEFENDANT'S MOTION TO DISMISS** |
| - against - : | No. 07 cv 3654 (JSR) (DCF) ECF CASE |
| XM SATELLITE RADIO INC., : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the first amended complaint in this action, the accompanying memorandum of law, and all prior proceedings had in this action, the undersigned counsel for defendant XM Satellite Radio Inc. will move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing the first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Pursuant to the Court's direction, plaintiff Advanced Global Technology LLC shall serve and file its opposition to the motion on or before December 10, 2007; defendant shall file its reply brief, if

any, on or before December 17, 2007; and oral argument shall be heard on January 4, 2008 at 11:00 a.m.

Dated:  November 30, 2007                     Respectfully submitted,

                                              SKADDEN, ARPS, SLATE, MEAGHER &
                                              FLOM LLP


                                              /s/  Jeffrey A. Mishkin
                                              Jeffrey A. Mishkin (JM-8380)
                                              Anthony J. Dreyer (AD-3571)
                                              Peter S. Julian (PJ-3443)
                                              Four Times Square
                                              New York, New York  10036
                                              Telephone:  (212) 735-3000
                                              Facsimile:  (212) 735-2000
                                              *Attorneys for Defendant*
                                                 *XM Satellite Radio Inc.*