UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
ADVANCED GLOBAL TECHNOLOGY, LLC,
                                                            :
                        Plaintiff,
                                                            :    No. 07 cv 3654 (JSR)(DCF)
            v.                                                   ECF CASE
                                                            :
XM SATELLITE RADIO INC.,
                                                            :
                        Defendant.
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

    I, Robert H. Chandler, one of the attorneys for Advanced Global Technology, LLC, herein certify that: I am over eighteen (18) years of age. On the 10th day of December, 2007, I caused a true and accurate copy of **Plaintiff Advanced Global Technology, LLC's Memorandum in Opposition to Defendant's Motion To Dismiss Plaintiff's First Amended Complaint** to be served by electronic mail and by Federal Express overnight delivery to the following:

    Jeffrey A. Mishkin, Esq. (jmishkin@skadden.com)
    Anthony J. Dreyer, Esq. (adreyer@skadden.com)
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY  10036

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed on this 10th day of December, 2007, in New York, New York.


                                                                          /s/ Robert H. Chandler
                                                                           Robert H. Chandler