Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADVANCED GLOBAL TECHNOLOGY,
LLC,                                                    :

                          Plaintiff,     :     No. 07 cv 3654 (JSR)
                                                       ECF CASE

         - against -                                  :

XM SATELLITE RADIO INC.,                 :

                         Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT XM SATELLITE RADIO INC.'S PROPOSED DISCOVERY PLAN**

         Pursuant to this Court's Memorandum Order dated February 1, 2008, defendant

XM Satellite Radio Inc. ("XM") proposes the following discovery plan:

         1.       XM shall serve its answer to the First Amended Complaint, together with

its counterclaims, if any, on or before February 12, 2008.

         2.       The parties shall serve requests for the production of documents and inter-

rogatories on or before February 12, 2008.

3.    Each party shall serve its initial deposition notices on or before February 22, 2008. Such deposition notices shall be without prejudice to the service of addition deposition notices following the receipt of documents and interrogatory responses.

4.    Each party shall serve its response to the other party's request for the production of documents and interrogatories, together with a copy of all requested documents to which an objection has not been interposed, on or before February 29, 2008.

5.    Motions to compel discovery, if any, shall be served and filed on or before March 7, 2008, with responses, if any, to be served and filed on or before March 12, 2008 and reply papers, if any, to be served and filed on or before March 14, 2008.

6.    Any compelled document discovery or interrogatory responses shall be completed on or before March 24, 2008.

7.    Depositions shall commence on or before March 31, 2008, and shall be completed on of before April 18, 2008.

8.    Dispositive motions, if any, shall be served and filed on or before April 22, 2008, with responses served and filed on or before April 28, 2008, and reply papers, if any, to be served and filed on or before April 30, 2008.

9.    Trial to be commenced on a date to be determined by the Court following a decision on any dispositive motions.

Dated:  February 5, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Jeffrey A. Mishkin_____
Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant*
    *XM Satellite Radio Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey A. Mishkin, do hereby certify that a copy of the foregoing defendant's proposed discovery plan was sent by electronic mail on this 5th day of February 2008 to:

Molly S. Boast, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022

/s/ Jeffrey A. Mishkin_____
Jeffrey A. Mishkin