*~~COURTESY COPY~~*

Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ADVANCED GLOBAL TECHNOLOGY,        :
LLC,                               :
                                   :
                    Plaintiff,     :   No. 07 cv 3654 (JSR)
                                   :   ECF CASE
        - against -                :
                                   :
XM SATELLITE RADIO INC.,           :   ORDER
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CASE MANAGEMENT PLAN

~~DEFENDANT XM SATELLITE RADIO INC.'S PROPOSED DISCOVERY PLAN~~

Pursuant to this Court's Memorandum Order dated February 1, 2008, the Court adopts, with minor modifications, the discovery plan proposed by defendant XM Satellite Radio Inc. ("XM"). ~~proposes the following discovery plan:~~

1.    XM shall serve its answer to the First Amended Complaint, together with its counterclaims, if any, on or before February 12, 2008.

2.    The parties shall serve requests for the production of documents and interrogatories (limited to those permitted by Local Rule 33.3(a)) on or before February 12, 2008.

1

3. Each party shall serve its initial deposition notices on or before February 22, 2008. Such deposition notices shall be without prejudice to the service of addition deposition notices following the receipt of documents and interrogatory responses.

4. Each party shall serve its response to the other party's request for the production of documents and interrogatories, together with a copy of all requested documents to which an objection has not been interposed, on or before February 29, 2008.

5. Motions to compel discovery, if any, shall be made and argued ~~served and filed on or before March 7, 2008, with responses, if any, to be served and filed on or before March 12, 2008 and reply papers, if any, to be served and filed on or before March 14, 2008.~~ orally on March 7, 2008 at 4 p.m. in Courtroom 14-B, and will be decided from the bench.

6. Any compelled document discovery or interrogatory responses shall be completed on or before March ~~24~~ 14, 2008.

7. Depositions shall commence on or before March ~~21~~ 18, 2008, and shall be completed on of before April 18, 2008.

8. Dispositive motions, if any, shall be served and filed on or before April 22, 2008, with responses served and filed on or before April 28, 2008, and reply papers, if any, to be served and filed on or before April 30, 2008. Oral argument on any such motion shall be heard at 4 p.m. on May 6, 2008. The Court will decide all such motions no later than May 19, 2008. ~~9. Trial to be commenced on a date to be determined by the Court following a decision on any dispositive motions.~~

9. If not otherwise resolved, trial of this case will commence at 9 a.m. on Tuesday, June 10, 2008.

SO ORDERED

*[signature]*
2-6-08

2

Dated: February 5, 2008							Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Jeffrey A. Mishkin
Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
*Attorneys for Defendant*
  *XM Satellite Radio Inc.*