ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                :
ADVANCED GLOBAL TECHNOLOGY, LLC,                :
                                                :       No. 07 Civ. 3654 (JSR)
                    Plaintiff,                  :
                                                :
          v.                                    :       **NOTICE OF CHANGE**
                                                :       **OF ADDRESS**
XM SATELLITE RADIO, INC.,                       :
                                                :
                    Defendant.                  :
-----------------------------------------------------------------------x

TO: Attorney Admission Clerk and All Other Counsel and Parties:

   Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for ANN H. MATHEWS.

   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AM8653 and my Notice of Appearance was filed on May 10, 2007.

   I am no longer associated with Debevoise & Plimpton LLP, attorneys for the plaintiff herein, and I commenced employment with The Bronx Defenders at 860 Courtlandt Avenue, Bronx, New York 10451 (718-838-7878) on September 10, 2007.

   As I am no longer counsel of record on the above-entitled case, please remove my name from the court's docket sheet and from the email distributions list of recipients for the electronic notices of filings.

   Please also note that Debevoise & Plimpton LLP will continue to represent the plaintiff, Advanced Global Technology, LLC in this action.

Dated: New York, New York

                                        /s/ Ann H. Mathews_____
                                        Ann H. Mathews – Bar Code: AM8653
                                        860 Courtlandt Avenue
                                        Bronx, New York 10451
                                        Email address: annm@bronxdefenders.org
                                        718-838-7878

1

22464307
22685713v1