Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------x
ADVANCED GLOBAL TECHNOLOGY, LLC, :

         Plaintiff, :

  - against - :

XM SATELLITE RADIO INC., :

         Defendant. :
------------------------------x

**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

No. 07 cv 3654 (JSR) (DCF)
ECF CASE

PLEASE TAKE NOTICE that, upon the first amended complaint in this action, the accompanying memorandum of law, and all prior proceedings had in this action, the undersigned counsel for defendant XM Satellite Radio Inc. will move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for summary judgment dismissing the first amended complaint pursuant to Federal Rule of Civil Procedure 56.  By agreement of the parties and pursuant to the Court's direction, plaintiff Advanced Global Technology LLC shall serve and file its opposition to the motion on or before May 13, 2008; defendant shall serve

1

and file its reply brief, if any, on or before May 15, 2008; and oral argument shall be heard on May 27, 2008, at 2:00 p.m.

Dated: May 6, 2008                                          Respectfully submitted,


                                                            SKADDEN, ARPS, SLATE, MEAGHER &
                                                            FLOM LLP

                                                            /s/ Jeffrey A. Mishkin_____
                                                            Jeffrey A. Mishkin
                                                            Anthony J. Dreyer
                                                            Peter S. Julian
                                                            Four Times Square
                                                            New York, New York  10036
                                                            Telephone:  (212) 735-3000
                                                            Facsimile:  (212) 735-2000
                                                            *Attorneys for Defendant*
                                                              *XM Satellite Radio Inc.*