UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ADVANCED GLOBAL TECHNOLOGY, LLC,    :
                                    :
                    Plaintiff,    :
       v.                         :
                                    :  No. 07cv3654 (JSR) (DCF)
XM SATELLITE RADIO INC.,            :  ECF CASE
                                    :
                    Defendant.    :
                                    :
                                    :
------------------------------------------------------------------------ X

## NOTICE OF HARD-COPY FILING OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiff Advanced Global Technology, LLC filed the following documents in hard copy, under seal, on May 13, 2008: Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment; Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Material Facts; and Declaration of Robert H. Chandler.

Hard-copy, sealed filing was necessary due to the inclusion of deposition testimony (and references thereto) that has been designated "confidential" or "highly confidential" and therefore is to be filed under seal pursuant to the terms of the protective order dated May 6, 2008.

1

22735014v1

Dated: May 16, 2008

                          DEBEVOISE & PLIMPTON LLP

                          /s/ Robert H. Chandler
                          Molly S. Boast
                                (msboast@debevoise.com)
                          Robert H. Chandler
                                (rhchandler@debevoise.com)
                          919 Third Avenue
                          New York, NY  10022
                          (212) 909-6000
                          *Attorneys for Plaintiff*
                          *Advanced Global Technology, LLC*