UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
ADVANCED GLOBAL TECHNOLOGY, LLC,     :
                                     :
                Plaintiff,     :
       v.                           :
                                     :  No. 07cv3654 (JSR)
XM SATELLITE RADIO INC.,             :  ECF CASE
                                     :
                Defendant.    :
                                     ::
                                     :
------------------------------------------------------------------- X

## RULE 26(a)(3) DISCLOSURE STATEMENT OF
## PLAINTIFF ADVANCED GLOBAL TECHNOLOGY, LLC

Plaintiff Advanced Global Technology, LLC ("AGT"), for its disclosure pursuant to Fed. R. Civ. P. 26(a)(3), states as follows:

    A.    <u>Names of Witnesses</u>.  AGT expects to call the following individuals as witnesses at trial:

        1.    Ben Lowinger
              Advanced Global Technology, LLC
              105 Madison Avenue, 19th Floor
              New York, NY  10016
              Tel.: (212) 889-2380

        2.    Jerry Tarpley
              Advanced Global Technology, LLC
              2255 Placid Way
              Ann Arbor, MI  48105
              Tel.: (734) 657-8943

        3.    Craig Wadin
              XM Satellite Radio Inc.
              3161 SW 10th Street
              Deerfield Beach, FL  33442
              Tel.: (954) 571-4300

4. Stelios Patsiokas
XM Satellite Radio Inc.
3161 SW 10th Street
Deerfield Beach, FL 33442
Tel.: (954) 571-4300

5. Blair Kutrow
XM Satellite Radio Inc.
1500 Eckington Place, NE
Washington, DC 20002
Tel.: (202) 380-4000

6. Peter Graf
Graf Repetti & Co., LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 302-3300

AGT may call the following individuals as witnesses at trial if the need arises:

1. Mark Alford
Advanced Global Technology, LLC
2201 Long Prairie Road, Suite 107-194
Dallas, TX 75022
Tel.: (972) 874-7800

2. Philip Petracca
Advanced Global Technology, LLC
105 Madison Avenue, 19th Floor
New York, NY 10016
Tel.: (212) 889-2380

3. Edith Lowinger
105 Madison Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 448-7600

4. Andrew Lowinger
U.S. Electronics
105 Madison Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 689-6880

22739167v1

5. Mark Roenigk
   XM Satellite Radio Inc.
   1500 Eckington Place, NE
   Washington, DC  20002
   Tel.: (202) 380-4000

6. Daniel Murphy
   XM Satellite Radio Inc.
   1500 Eckington Place, NE
   Washington, DC  20002
   Tel.: (202) 380-4000

7. Ciro V. Cuono
   Graf Repetti & Co., LLP
   1114 Avenue of the Americas
   New York, NY  10036
   Tel.: (212) 302-3300

8. Stuart Cox
   XM Satellite Radio Inc.
   3161 SW 10th Street
   Deerfield Beach, FL  33442
   Tel.: (954) 571-4300

9. Jeff Skirde
   XM Satellite Radio Inc.
   3161 SW 10th Street
   Deerfield Beach, FL  33442

In addition to the witnesses set forth in the foregoing list, AGT reserves the right to list and call any witness designated or called by XM Satellite Radio Inc.; any witness necessary to authenticate any exhibit; and any witness that may be necessary for rebuttal.

B. <u>Designation of Witnesses Whose Testimony Is Expected to be Presented By Means of a Deposition</u>.  At this time, AGT expects to present the testimony of the following witnesses by means of deposition, if they are not otherwise available to testify

3

22739167v1

in person at the trial in this matter: Craig Wadin, Stelios Patsiokas, Blair Kutrow, and Patrick Lavelle. AGT's deposition designations are as follows:

| **Craig Wadin**<br>**(Deposition Taken on May 1, 2008)** |
| --- |
| 4:15-4:21 |
| 7:7-8:11 |
| 24:2-35:11 |
| 36:4-44:10 |
| 45:4-52:1 |
| 52:8-54:8 |
| 54:17-58:13 |

| **Stelios Patsiokas**<br>**(Deposition Taken on April 25, 2008)** |
| --- |
| 5:6-19:4 |
| 34:6-50:11 |
| 77:23-79:24 |
| 104:11-104:13 |
| 109:14-127:6 |
| 152:5-152:8 |

| **Blair Kutrow** **(Deposition Taken on April 23, 2008)** |
| --- |
| 5:8-5:15 |
| 9:5-9:19 |
| 22:25-24:10 |
| 25:1-26:2 |
| 28:17-29:4 |
| 32:2-33:10 |
| 35:10-39:21 |
| 40:21-41:22 |
| 42:24-43:12 |
| 46:18-47:18 |
| 57:21-59:14 |
| 61:15-62:16 |
| 67:6-67:16 |
| 80:5-80:25 |
| 87:25-88:14 |
| 88:15-94:11 |
| 107:23-108:14 |

22739167v1

| **Patrick Michael Lavelle** **(Deposition Taken on April 18, 2008)** |
|---|
| 10:4-33:16 |
| 35:18-40:6 |
| 50:12-57:3 |
| 97:8-99:6 |

In addition to the deposition designations set forth in the foregoing lists, AGT reserves the right to designate any deposition testimony necessary to impeach the testimony of any witness called by XM Satellite Radio Inc., as well as any deposition testimony that may be necessary for rebuttal.

C.   <u>Identification of Documents or Other Exhibits</u>:  AGT expects to offer the following exhibits at trial:

| No. | Depo. Ex. No. | Bates No. | Description |
|---|---|---|---|
| 1 | Def. Ex. 2 | | Master License Agreement between AGT and XM Satellite Radio Inc., dated as of October 17, 2005 |
| 2 | Def. Ex. 7 | AGT-001076 to AGT-001085 | AGT's financial statements for the period April 18, 2005 to December 31, 2005 |
| 3 | Def. Ex. 8 | AGT-001086 to AGT-001096 | AGT's financial statements for the year ended December 31, 2006 |
| 4 | | AGT-001019 to AGT-001020 | AGT's 2007 Purchases—Visteon and AGT Sales 2007 |
| 5 | Pl. Ex. 24 | XM003267 to XM003268 | E-mail from Michael.Barr@xmradio.com dated June 5, 2007 |
| 6 | Def. Ex. 15 | XM008092 to XM008101 | E-mails from Jeff Skirde dated December 13, 2005 |

AGT may offer the following exhibits at trial if the need arises:

| No. | Depo. Ex. No. | Bates No. | Description |
|---|---|---|---|
| 1 | Def. Ex. 3 | AGT-001048 to AGT-001056 | Non-Negotiable Promissory Note dated September 2, 2005 |
| 2 | Def. Ex. 4 | AGT-001057 to AGT-001075 | Loan and Security Agreement dated September 2, 2005 |
| 3 | Def. Ex. 20 | AGT-001098 to AGT-001100 | Lease Agreement for Rental Space dated December 28, 2005 |
| 4 | Def. Ex. 34 | AGT-000013 to AGT-000016 | E-mail from Mark Alford dated May 10, 2005 (and accompanying Proposed Terms of Agreement) |
| 5 | Pl. Ex. 3 | XM001939 to XM001958 | Documents entitled "XM Welcomes AGT For Q2/3 Business Review" and "XM/AGT Meeting Technology Update," both dated September 17, 2007 |
| 6 |  | AGT-000284 to AGT-000305 | Document entitled "AGT – XM Product Roadmap" |
| 7 |  | AGT-000306 to AGT-000368 | Document entitled "AGT / XM Radio / Product Concepts" |
| 8 | Pl. Ex. 1 | XM008108 to XM008142 | Master License Agreement, dated as of April 7, 2005; Binding Memorandum of Understanding, dated as of October 27, 2005; Amendment Number One, made as of December 29, 2005 |

In addition to the exhibits set forth in the foregoing lists, AGT reserves the right to list and offer any document listed or offered as an exhibit by XM Satellite Radio Inc.; any document necessary to authenticate any exhibit; any document necessary to impeach the testimony of any witness called by XM Satellite Radio Inc.; and any document that may be necessary for rebuttal.

22739167v1

AGT reserves the right to supplement this disclosure.

Dated: May 21, 2008

                      Respectfully submitted,

                      /s/ Robert H. Chandler
                    Molly S. Boast
                    Lorna G. Schofield
                    Robert H. Chandler
                    Bryan P. Kessler
                    **DEBEVOISE & PLIMPTON LLP**
                    919 Third Avenue
                    New York, NY 10022
                    (212) 909-6000

**CERTIFICATE OF SERVICE**

      I, Robert H. Chandler, one of the attorneys for Advanced Global Technology, LLC, herein certify that: I am over eighteen (18) years of age. On the 21st day of May, 2008, I caused a true and accurate copy of the within Rule 26(a)(3) Disclosure Statement of Plaintiff Advanced Global Technology, LLC to be served by electronic mail and by Federal Express overnight delivery to the following:

    Jeffrey A. Mishkin, Esq. (jmishkin@skadden.com)
    Anthony J. Dreyer, Esq. (adreyer@skadden.com)
    Peter S. Julian, Esq. (peter.julian@skadden.com)
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 10036

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of May, 2008, in New York, New York.

                                      __/s/ Robert H. Chandler_____
                                        Robert H. Chandler