Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant XM Satellite Radio Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ADVANCED GLOBAL TECHNOLOGY, LLC, | : | |
| Plaintiff, | : | No. 07 cv 3654 (JSR) (DCF) |
| - against - | : | ECF CASE |
| XM SATELLITE RADIO INC., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, defendant XM Satellite Radio Inc. ("XM") makes the following pretrial disclosure:

1.    XM expects to call the following witnesses at the trial of this matter:

Gary M. Parsons
XM Satellite Radio, Inc.
1500 Eckington Place, N.E.
Washington, DC  20002
(202) 380-4000

    2.    XM may call the following witnesses at the trial of this matter if the need

arises:

> Stuart Cox
> XM Satellite Radio, Inc.
> 3161 Southwest 10th Street
> Deerfield Beach, Florida 33442
> (954) 571-4300
>
> Peter Graf
> Advanced Global Technology, LLC
> 105 Madison Avenue
> New York, New York  10016
>
> Blair Kutrow
> XM Satellite Radio, Inc.
> 1500 Eckington Place, N.E.
> Washington, DC  20002
> (202) 380-4000
>
> Patrick Lavelle
> Audiovox Electronics Corporation
> 150 Marcus Boulevard
> Hauppauge, New York  11788
>
> Andrew Lowinger
> U.S. Electronics, Inc.
> 105 Madison Avenue
> New York, New York  10016
>
> Edith Lowinger
> Advanced Global Technology, LLC
> 105 Madison Avenue
> New York, New York  10016
>
> Dan Murphy
> XM Satellite Radio, Inc.
> 1500 Eckington Place, N.E.
> Washington, DC  20002
> (202) 380-4000

Stelios Patsiokas
XM Satellite Radio, Inc.
3161 Southwest 10th Street
Deerfield Beach, Florida 33442
(954) 571-4300

Christa Petros
XM Satellite Radio, Inc.
3161 Southwest 10th Street
Deerfield Beach, Florida 33442
(954) 571-4300

Mark Roenigk
XM Satellite Radio, Inc.
1500 Eckington Place, N.E.
Washington, DC  20002
(202) 380-4000

Joel Thompson
XM Satellite Radio, Inc.
1500 Eckington Place, N.E.
Washington, DC  20002
(202) 380-4000

Dan Turak
XM Satellite Radio, Inc.
1500 Eckington Place, N.E.
Washington, DC  20002
(202) 380-4000

Craig Wadin
XM Satellite Radio, Inc.
3161 Southwest 10th Street
Deerfield Beach, Florida 33442
(954) 571-4300

3.       XM expects to present the following witnesses by deposition unless plain-

tiff Advanced Global Technology, LLC ("AGT") calls them as witnesses to testify in person at

the trial of this matter:

Edith Lowinger
Andrew Lowinger
Ben Lowinger

3

Peter Graf
Mark Alford
Gerald Tarpley
Patrick Lavelle

4.    XM expects to offer the following documents as exhibits at the trial of this

matter:

Defendant's Exhibit 1
Defendant's Exhibit 2
Defendant's Exhibit 3
Defendant's Exhibit 4
Defendant's Exhibit 5
Defendant's Exhibit 6
Defendant's Exhibit 7
Defendant's Exhibit 8
Defendant's Exhibit 10
Defendant's Exhibit 11
Defendant's Exhibit 13
Defendant's Exhibit 20
Defendant's Exhibit 32
Defendant's Exhibit 33
Defendant's Exhibit 34
Defendant's Exhibit 35
Defendant's Exhibit 36
Defendant's Exhibit 37
Defendant's Exhibit 46
Defendant's Exhibit 47
Defendant's Exhibit 48
Defendant's Exhibit 49
Defendant's Exhibit 50
Document Bates No. XM 010643 through XM 010644
Document Bates No. XM 010645 through XM 010686
Document Bates No. XM 010687
Document Bates No. XM 010688
Document Bates No. XM 010689
Document Bates No. XM 010690 through XM 010695
Document Bates No. XM 010696 through XM 010699
Document Bates No. XM 010700
Document Bates No. XM 010701
Document Bates No. AGT-000799 through AGT-000825
Document Bates No. NAFT-003
Document Bates No. USE0198

5.    XM may offer the following exhibits at the trial of this matter if the need

arises:

Defendant's Exhibit 15
Defendant's Exhibit 16
Defendant's Exhibit 18
Defendant's Exhibit 43
Defendant's Exhibit 45
Document Bates No. XM 000848 through XM 000851
Document Bates No. XM 001936 through XM 001937
Document Bates No. XM 001938 through XM 001958
Document Bates No. XM 002033 through XM 002034
Document Bates No. XM 002050 through XM 002053
Document Bates No. XM 003267 through XM 003268
Document Bates No. XM 003269 through XM 003288
Document Bates No. XM 003285
Document Bates No. XM 003289
Document Bates No. XM 003290
Document Bates No. XM 003291
Document Bates No. XM 003292
Document Bates No. XM 003293 through XM 003294
Document Bates No. XM 003295
Document Bates No. XM 003296
Document Bates No. XM 003297
Document Bates No. XM 003298 through XM 003386
Document Bates No. XM 003387
Document Bates No. XM 003388 through XM 003407
Document Bates No. XM 003408 through XM 003633
Document Bates No. XM 003634
Document Bates No. XM 004035 through XM 004045
Document Bates No. XM 004409 through XM 004422
Document Bates No. XM 004818 through XM 004827
Document Bates No. XM 004928 through XM 004938
Document Bates No. XM 005086 through XM 005129
Document Bates No. XM 005163
Document Bates No. XM 006538 through XM 006541
Document Bates No. XM 008131 through XM 008136
Document Bates No. XM 008137 through XM 008142
Document Bates No. XM 008256 through XM 008266
Document Bates No. XM 009965 through XM 009975
Document Bates No. XM 009976 through XM 009988
Document Bates No. XM 009989 through XM 009990
Document Bates No. XM 009991 through XM 010003
Document Bates No. XM 010005 through XM 010006
Document Bates No. XM 010102

Document Bates No. XM 010105
Document Bates No. XM 010135
Document Bates No. XM 010248 through XM 010249
Document Bates No. XM 010292 through XM 010299
Document Bates No. XM 010300 through XM 010307
Document Bates No. XM 010308 through XM 010320
Document Bates No. XM 010321 through XM 010370
Document Bates No. XM 010371 through XM 010389
Document Bates No. XM 010478 through XM 010480
Document Bates No. XM 010558
Document Bates No. XM 010567
Document Bates No. XM 010585
Document Bates No. XM 010613
Document Bates No. XM 010634 through XM 010635
Document Bates No. XM 010643 through XM 010644
Document Bates No. XM 010645
Document Bates No. XM 010696 through XM 010699
Document Bates No. XM 010700
Document Bates No. XM 010701
Document Bates No. AGT-000284 through AGT-000305
Document Bates No. AGT-000306 through AGT-000368
Document Bates No. AGT-000570 through AGT-000577
Document Bates No. AGT-000799 through AGT-000825
Document Bates No. AGT-000877
Sportscaster
Xpress EZ
Xpress R
Xpress RC
Chart demonstrating XM technology in plug and play products developed since the Sportscaster

6.    Defendant XM reserves the right to supplement this disclosure.

Dated:  May 21, 2008

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

Jeffrey A. Mishkin
Anthony J. Dreyer
Peter S. Julian
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
*Attorneys for Defendant*
  *XM Satellite Radio Inc.*

## CERTIFICATE OF SERVICE

I, Anthony J. Dreyer, do hereby certify that a copy of the foregoing defendant's Pretrial Disclosures Pursuant to Rule 26(a)(3) was sent by electronic mail and by overnight mail on this 21st day of May 2008 to:

Molly S. Boast, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

Anthony J. Dreyer