```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
ADVANCED GLOBAL TECHNOLOGY, LLC,    :
                                    :
            Plaintiff,              :
                                    :   07 Civ. 3654(JSR)
         -v-                        :
                                    :        ORDER
XM SATELLITE RADIO INC.,            :
                                    :
            Defendant.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    On May 23, 2008, Courtroom View Network ("CVN") requested that the Court issue an order permitting it to record and provide audio-visual coverage of the trial in the above-captioned action, which was scheduled to begin on June 11, 2008. The Court would have been predisposed to grant the application and, at a hearing held on May 27, 2008 on defendant's motion for summary judgment, both sides indicated that they did not oppose the application. See transcript 5/27/08. However, the Court has now granted summary judgment, see Order dated 5/29/08, and accordingly no trial will transpire and the application is therefore now moot and denied as such.

    SO ORDERED.

                                                  JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
         May 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-08